**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1057**

_____

BYRON C. BROWN,

Plaintiff - Appellant,

versus

NORMAN Y. MANETA, Secretary of Transportation,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge. (CA-04-122-1)

_____

Submitted:  July 27, 2005          Decided:  August 19, 2005

_____

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Byron C. Brown, Appellant Pro Se.  Paul Bradford Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron C. Brown appeals from the district court's order dismissing his complaint in which he alleged discrimination in his employment. Upon review of the record and the district court's order, we affirm the dismissal of Brown's action as untimely filed. See 42 U.S.C. §§ 2000e-5(f)(1), -16(c) (2000); Harvey v. City of New Bern Police Dep't, 813 F.2d 652, 654 (4th Cir. 1987) (upholding dismissal of complaint filed one day late); see also Irwin v. Dep't of Veterans Affairs, 498 U.S. 89, 96 (1990) (discussing limitations on equitable tolling). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED